UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL CUEVA,[1]<br><br>    Respondent. | No. 2:24-cv-0956 CKD P<br><br>ORDER |

    Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Respondent has filed a motion seeking dismissal of the claim identified as claim 4 in petitioner's habeas petition. In response to the motion, petitioner asks that claim 4 be dismissed.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The claim identified as claim 4 in petitioner's petition for a writ of habeas corpus is deemed voluntarily dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    2. Respondent's motion to dismiss (ECF No. 10) is denied as moot.

/////

/////

---

[1] Warden Cueva is hereby substituted as the respondent in this action pursuant to Rule 2 of the Rules Governing Section 2254 Cases.

3.  Respondent shall file their response to petitioner's remaining claims within 30 days. Petitioner may file a traverse within 30 days of service of the response.

Dated: November 1, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
curr0956.mtd