IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HENRY CURRY,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**WARDEN, CALIFORNIA MEDICAL FACILITY,**<br><br>　　　　　　　　　　Respondent. | Case No. 2:24-cv-00956-CKD (HC)<br><br>**ORDER** |

　　　Considering Respondent's request, and good cause appearing, Respondent shall have an additional 21 days, to and including December 23, 2024, to file a response to the petition for writ of habeas corpus.

Dated:  December 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE