UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY, | No. 2:24-cv-0956 CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA MEDICAL FACILITY, | |
| Respondent. | |

Petitioner is proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The petition filed by petitioner on March 28, 2024, is fully briefed and submitted to the court for decision. On January 14, 2025, petitioner filed a petition for a writ of habeas corpus in the Ninth Circuit Court of Appeals. The Ninth Circuit transferred the petition here on January 23, 2025, pursuant to the authority to do so under 28 U.S.C. § 2241(b) (circuit may decline to entertain habeas petition and transfer to district court with jurisdiction).

Pursuant to Woods v. Carey, 525 F.3d 886, 889 (9th Cir. 2008), the petition is construed as an amended petition. Because petitioner has not filed a motion for leave to amend, established good cause for allowing leave to amend, and because good cause for permitting leave to amend is not apparent from the record, the court will order that the amended petition be stricken.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the amended petition for a writ of habeas
2 corpus filed January 14, 2025, is stricken.
3 Dated: February 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
curr0956.sap

2