UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY, | No. 2:24-cv-0956 CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA MEDICAL FACILITY, | |
| Respondent. | |

Petitioner, a California prisoner, is proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The petition filed by petitioner on March 28, 2024, is fully briefed and submitted to the court for decision. On February 13, 2025, plaintiff filed a "Motion Under 28 U.S.C. § 2255." Title 28 U.S.C. § 2255 provides federal prisoners with a means to collaterally attack sentences and / or convictions. As petitioner is not federal prisoner, § 2255 does not provide petitioner any basis for relief. To the extent the document filed is intended as an amended § 2254 petition, petitioner has not filed a motion for leave to amend or established good cause for allowing leave to amend. Further, good cause for permitting leave to amend is not apparent from the record. Accordingly, the "Motion Under 28 U.S.C. § 2255" will be stricken.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's "Motion Under 28 U.S.C. § 2255" (ECF No. 25) is STRICKEN.

Dated: February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
curr0956.sap(2)